**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 24-6805**

―――――――――

FRANK I. HALL,

        Plaintiff - Appellant,

    v.

BRADLEY DAVIDSON, individual and official capacity, originally named as John Doe 1; TALMADGE LEGRAND, individual and official capacity; CUONG PHAN, individual and official capacity,

        Defendants - Appellees.

―――――――――

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Martin K. Reidinger, Chief District Judge.  (3:23-cv-00106-MR)

―――――――――

Submitted:  April 17, 2025                    Decided:  May 19, 2025

―――――――――

Before KING, HARRIS, and HEYTENS, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Frank I. Hall, Appellant Pro Se.  Scott Douglas MacLatchie, HALL BOOTH SMITH, PC, Charlotte, North Carolina, for Appellees.

―――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Frank I. Hall appeals the district court's order granting summary judgment to Defendants on Hall's 42 U.S.C. § 1983 complaint alleging excessive force. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Hall v. Wadesboro Police Dep't*, No. 3:23-cv-00106-MR (W.D.N.C. Aug. 5, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*